AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: Hank Moon | | Telephone: (313) 226-9100 |
| Special Agent: Brady W. Rees | | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Damond Jordan Jr.

Case No. Case: 2:25−mj−30243
Assigned To : Unassigned
Assign. Date : 4/17/2025
Description: RE: DAMOND JORDAN JR. (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 16, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 922 (g)(1) | Felon in possession of a firearm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Brady W. Rees, Special Agent-ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __April 17, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brady W. Rees, being first duly sworn, hereby state:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2. I have been an ATF Special Agent since January 2016, and I have had extensive law enforcement training, including the Criminal Investigator Training Program at the Federal Law Enforcement Training Center and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I was a police officer with the City of Novi, Michigan, for approximately three years. I also have a bachelor's degree in criminal justice.

3. As an ATF Special Agent, I have participated in numerous criminal investigations, including investigations involving firearms, armed drug trafficking, and criminal street gangs. I am familiar with, and have experience using, a variety of investigative techniques and resources, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.

4. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal

1

knowledge of the events and circumstances described herein, and information gained through my training and experience.

5. ATF is currently investigating Damond JORDAN Jr. for violating 18 U.S.C. § 922(g)(1) – being a felon in possession of a firearm.

## PROBABLE CAUSE

6. On April 16, 2025, at approximately 7:36 p.m., Detroit Police Officers were on patrol in Detroit, Michigan. Officers were traveling eastbound on W. 7 Mile Road when they saw a blue 2023 Buick Encore GX bearing Michigan license plate 8NYT48 traveling eastbound on W. 7 Mile Road near Lindsay Street. Officers ran the license plate through the Law Enforcement Information Network (LEIN) and received information that the vehicle did not have insurance. Officers drove past the vehicle and saw that the front-seat passenger was not wearing a seat belt.

7. Officers located the vehicle and initiated a traffic stop. During the stop, officers saw the rear backseat passenger, later identified as JORDAN, making a lot of movement consistent with someone attempting to conceal or retrieve an item. As officers, JORDAN kept his elbows stiff against his stomach as if he were attempting to conceal something near his waist.

8. After smelling recently-burnt marijuana, seeing recently-burnt marijuana cigarettes in the cup holder, and the occupant's movements and

nervousness, all occupants of the vehicle were asked to stop out of the vehicle. As JORDAN stepped out of the vehicle, officers saw him quickly turn his back and attempt to spin away. Officers then saw a weighted object inside of JORDAN's front hoodie pocket, felt the object, and identified it as a handgun. JORDAN did not respond when asked if he had a concealed pistol license and was placed in handcuffs. Officers recovered a black, Glock, 23, .40 caliber pistol from JORDAN's front hoodie pocket. JORDAN was arrested for carrying a concealed weapon. The driver and other passengers were later released from the scene.

9. I ran the pistol's serial number in LEIN, which revealed the pistol was not registered, consistent with Michigan law.

10. On April 17, 2025, I contacted ATF Interstate Nexus Expert Special Agent Michael Jacobs and provided a verbal description of the Glock, 23, .40 caliber pistol. SA Jacobs advised the firearm was manufactured outside of Michigan, and therefore has traveled in and affected interstate commerce.

11. I reviewed federal court documents regarding Case Number 22-20642 and saw that JORDAN pleaded guilty to violating 18 U.S.C. 922 (j) (possession of a stolen firearm) on May 1, 2023. JORDAN was sentenced to six months incarceration and twelve months supervised release on September 29, 2023, in front of U.S. District Court Judge Linda V. Parker.

12. Based on JORDAN's felony conviction in federal court, probable cause exists that JORDAN is aware of his status as a convicted felon and his prohibition from possessing firearms. Moreover, based on my training and experience, when an individual pleads guilty to a crime, as in this case, the court advises the defendant they are pleading guilty to a felony.

## CONCLUSION

13. Based upon the aforementioned facts stated herein, there is probable cause to believe Damond JORDAN JR, a convicted felon aware of his felony convictions, did knowingly and intentionally possess a Glock, 23, .40 caliber pistol,, said firearm having affected interstate commerce, in violation of 18 U.S.C. 922(g)(1). This violation occurred on or about April 16, 2025, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Brady Rees
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

Date:   April 17, 2025

4